IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD M. JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **THE MCGRAW-HILL COMPANIES,** | ) |
| **MACMILLAN/MCGRAW-HILL,** | ) |
| **MCGRAW-HILL SCHOOL DIVISION,** | ) |
| **ROBERT WAKEHAM AS NATIONAL** | ) |
| **SALES MANAGER OF MACMILLAN/** | ) |
| **MCGRAW-HILL & INDIVIDUALLY,** | ) Civil Action No. 03-889 |
| **ANNA MAE STINE AS SENIOR VICE** | ) |
| **PRESIDENT OF MCGRAW-HILL** | ) |
| **SCHOOL DIVISION & INDIVIDUALLY,** | ) |
| **KATHLEEN NAUMAN AS VICE** | ) |
| **PRESIDENT, MIDWEST REGION,** | ) |
| **MCGRAW-HILL SCHOOL DIVISION &** | ) |
| **INDIVIDUALLY, & SUCCESSORS and** | ) |
| **ASSIGNS,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM ORDER

AND NOW, this 29th day of December, 2006, upon consideration of Defendants' MOTION IN LIMINE TO PRECLUDE TESTIMONY BY WITNESSES NOT IDENTIFIED BY PLAINTIFF DURING DISCOVERY (Document No. 108), Plaintiff's MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE (Document No. 109) and Defendants' reply brief (Document No. 113), and it appearing that the disclosure by Plaintiff of a number of fact witnesses for the first time in his pretrial statement on October 5, 2006 was not done in bad faith or with willful deception or flagrant disregard of a court's order and that any prejudice which may befall Defendants is curable through a brief period of discovery which should not be disruptive to the trial scheduled to commence on March 2, 2007,

NOW THEREFORE, Defendants' Motion in Limine (Document No. 108) is **DENIED**. Plaintiff shall submit to Defendants a written proffer of the proposed testimony of each of the newly-identified witnesses on or before January 12, 2007. Thereafter, Defendants shall have thirty (30) days for discovery, when said witnesses may be deposed or interviewed in an informal

manner. Defendants are permitted to identify and present countervailing witnesses, if appropriate.

                              BY THE COURT:

                              s/ Terrence F. McVerry
                              United States District Court Judge

cc:   James B. Lieber, Esquire
       Email: lhlawfirm@aol.com
       Thomas M. Huber, Esquire
       Email: thuber@choiceonemail.com
       James A. Prozzi, Esquire
       Email: prozzij@jacksonlewis.com
       Mark Goldner, Esquire
       Email: goldnerm@jacksonlewis.com
       Richard S. McAtee, Esquire
       Email: mcateer@jacksonlewis.com